UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.: 07-3847-3F3

IN RE:     THELMA L. WRIGHT

       Debtor(s)

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within __20__ days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan St., Suite 3-350, Jacksonville, FL 32202, and serve a copy on the movant's attorney, D. C. Higginbotham, Esquire, 925 Forest St., Jacksonville, FL 32204 and the Trustee, Douglas W. Neway, P. O. Box 4308, Jacksonville, FL 32201.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

### MOTION TO VALUE SECURED CLAIM 2-1 OF

### CITIFINANCIAL SERVICES, INC.

Comes now the debtor through her undersigned attorney, and shows as follows:

1.   CITIFINANCIAL SERVICES, INC. is a creditor of the estate and holds a lien against the debtor's 1997 Pontiac.

2.   A proof of secured claim in the amount of $9,152.75 has been filed by the creditor.

3.   The debtors believes that the value of the property securing the debt is less than the amount stated in the claim. The debtors believes the fair market value of the property to be $3,500.

WHEREFORE, pursuant to 11 USC Section 506(a), the debtors moves the Court to value the secured claim so as to determine the amount

thereof to be allowed as secured.

I HEREBY CERTIFY that a copy of the foregoing has been furnished electronically or by US mail to Citifinancial Services, Inc., 9100-2 Merrill Rd., Jacksonville, FL 32225, Attn: Sharon Byrd, managing agent; and Douglas W. Neway, Trustee, PO Box 4308, Jacksonville, Fl 32201, this 4th day of December, 2007.

                                       D. C. HIGGINBOTHAM, ESQUIRE
                                       925 Forest Street
                                       Jacksonville, FL 32204
                                       (904) 354-6604
                                       Florida Bar # 167121
                                       Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.: 07-3847-3F3

IN RE:    THELMA L. WRIGHT

        Debtor(s)

---

**AFFIDAVIT IN SUPPORT OF MOTION TO VALUE SECURED CLAIM 2-1**

STATE OF FLORIDA

COUNTY OF DUVAL

    BEFORE ME, the undersigned authority, appeared THELMA L. WRIGHT who, being duly sworn, deposes as follows:

    1. I am the debtor in this case.

    2. A Motion to Value Secured Claim pursuant to 11 USC Section 506(a), has been filed on my behalf.

    3. The property involved is my 1997 Pontiac.

    4. The lienholder is Citifinancial Services, Inc.

    5. The amount of the debt is $9,152.75.

    6. The replacement value is $3,500.

                                                   /s/ Thelma Wright
                                                   THELMA L. WRIGHT.

    Sworn to and subscribed before me this 4th day of December, 2007.

                                                 /s/ Kay Echelberger
                                               Notary Public, State of Florida
                                               My Commission Expires:
                                                   (Notary Seal)

I HEREBY CERTIFY that a copy of the foregoing has been furnished electronically or by US mail to Citifinancial Services, Inc., 9100-2 Merrill Rd., Jacksonville, FL 32225, Attn: Sharon Byrd, managing agent; and Douglas W. Neway, Trustee, PO Box 4308, Jacksonville, Fl 32201, this 4th day of December, 2007.

D. C. HIGGINBOTHAM, ESQUIRE

925 Forest Street
Jacksonville, FL 32204
(904) 354-6604
Florida Bar # 167121
Attorney for Debtor(s)