UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  
THELMA L WRIGHT

CASE NO: 3:07-bk-03847-JAF

Debtor
_____/

## ORDER COMPELLING DEBTOR TO PROVIDE ANNUAL TAX RETURNS

Upon the Trustee's Motion to Dismiss for Failure to Provide Annual Tax Returns dated December 7, 2009, the Court is informed that the Debtor has failed to provide a copy of the annual federal income tax return, an extension for filing the return and/or an affidavit that no return is required by the Debtor for the 2008 federal tax year.

It is ORDERED

1) Debtor shall provide to the Trustee a copy of the annual federal income tax return, a copy of an extension for filing the return and/or an original affidavit that no return is required for the 2008 federal tax year within fifteen (15) days of the date of this Order.

2) In the event Debtor fails to provide the necessary information as set forth above within fifteen (15) days of this Order, the Court may dismiss or re-convert, if appropriate, the case on affidavit of the Trustee without further notice or hearing. (For the purpose of this Order information is "received" upon receipt by the Trustee, not upon mailing or other service.)

**DONE AND ORDERED** in Jacksonville, Florida, on December _____8_____, 2009.

JERRY A. FUNK  
United States Bankruptcy Judge

Copies to:  
All Interested Parties