**[oatfrcc]** [Order Approving Trustee's Report & Conditionally Closing Estate w/o Entry of a Discharge]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   Case No. 3:07−bk−03847−JAF
Chapter 13

Thelma L. Wright
6056 Columbine Dr.
Jacksonville, FL 32211

_____Debtor*_____/

## ORDER APPROVING CHAPTER 13 TRUSTEE'S REPORT DISCHARGING TRUSTEE, CANCELING BOND AND CONDITIONALLY CLOSING ESTATE WITHOUT ENTRY OF A DISCHARGE

THIS CASE came on for the purpose of considering the entry of an appropriate order in the above−captioned case. The Court finds that:

The Trustee has completed all disbursements due under the plan and has performed all duties required in the administration of the estate.

☑ The Debtor has not filed a certificate of completion of an instructional course concerning personal financial management required by 11 U.S.C. § 1328(g) and the Debtor is not entitled to receive a discharge.

☑ The Debtor has not filed a certification regarding domestic support obligations and 11 U.S.C. § 522(q) as required by 11 U.S.C. § 1328(a) and therefore the Debtor is not entitled to receive a discharge.

Accordingly, it is

**ORDERED**:

1. This case is administratively closed subject to the Debtor's filing a certificate of completion of an instructional course concerning personal financial management and certification regarding domestic support obligations and 11 U.S.C. § 522(q) within 30 days of the entry of this order. If the Debtor files a certificate within the 30−day period, the Clerk shall review the case for the entry of a discharge without the requirement for the Debtor to file a motion to reopen and pay a reopening fee.

   2. If the Debtor does not file a certificate of completion and/or certification regarding domestic support obligations and 11 U.S.C. § 522(q) within the 30–day period, the final account is approved, and the estate is closed without further notice, hearing, or order. The Trustee is discharged. The bond of the Trustee is canceled and all sureties are released from further liability except as to any liability that may have accrued during the time the bond was in effect.

BY THE COURT

_____

Dated: June 7, 2011        Jerry A. Funk
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
U. S. Trustee
All Creditors