UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

CASE NO.:    3-07-bk-03847-JAF
Chapter 13

IN RE:    THELMA L. WRIGHT

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of The United States Bankruptcy Court. Claimant is the debtor in the above captioned bankruptcy case and on whose behalf funds were deposited. Debtor has a right to claim said funds due the following:

The funds claimed were a refund to debtor from the Chapter 13 Trustee.

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion are to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

Name of Claimant:    Thelma L. Wright

Mailing Address:    c/o D.C. Higginbotham, Esq.
5651 Colcord Ave.
Jacksonville, FL 32211

Telephone Number:    Work: (904) 354-6604

Last Four Digits of SSN or Tax ID Number:    3312

Amount of Claim:    $8,623.32

---

*All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

I HEREBY CERTIFY that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_____   _____
CLAIMANT'S SIGNATURE                                DATE

STATE OF FLORIDA
CUNTY OF DUVAL

The foregoing instrument was acknowledged before me this 22 day of AUG, 2025, by



D. C. HIGGINBOTHAM, ESQUIRE

_____
5651 Colcord Ave.
Jacksonville, FL 32211
(904) 354-6604
Florida Bar # 167121
Attorney for Debtor(s)

Personally known ___ Or Produced Identification _____
Type of Identification Produced_____